**Order entered November 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00389-CV

### IN RE CHARLES ANTHONY ALLEN, SR., Relator

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

Before the Court is relator's Motion to Accelerate Appeal. The Court dismissed relator's petition for writ of habeas corpus on April 17, 2014. The Court dismissed relator's bill of review, which the Court treated as a motion for rehearing, on July 23, 2014. On August 21, 2014, the Court denied relator's further motion for rehearing. The Court's plenary power over this proceeding has expired. TEX. R. APP. P. 19.1 (court of appeal's plenary power expires 60 days after judgment if no timely filed motion for rehearing, *en banc* reconsideration, or motion to extend time to file such a motion is pending); TEX. R. APP. P. 52.9 (motions for rehearing must be filed within 15 days after order disposing of original proceeding). We **DENY** as moot relator's Motion to Accelerate Appeal. We will dispose of any further filings in this case without notice to relator.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE